IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Eric U. Walker, ) | Civil Action No.  3:17-cv-03480-MGL |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| Western-Southern Life Assurance ) | |
| Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE PARTIES HEREBY STIPULATE AND AGREE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein, and all claims asserted against Western and Southern Life Insurance Company in the original Complaint, are hereby DISMISSED, with prejudice.

THE PARTIES FURTHER STIPULATE AND AGREE that each party shall be responsible for its own costs and attorneys' fees.

| | |
|---|---|
| *WE SO STIPULATE*: | *WE SO STIPULATE*: |
| DAVE MAXFIELD, ATTORNEY, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| By: *s/*Dave Maxfield_____ | By: *s/*D. Larry Kristinik_____ |
| David A. Maxfield | D. Larry Kristinik |
| Federal Bar No. 6293 | Federal Bar No. 5744 |
| Post Office Box 11865 | Post Office Box 11079 |
| Columbia, SC 29211 | Columbia, SC 29211 |
| (803) 509-6800 | (803) 799-2000 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

September 19, 2018